```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
     -v-                         :
                                 :    20 Cr. 497(GHW)
IVO BECHTIGER,                   :
BERNHARD LAMPERT,                :
PETER RÜEGG,                     :
RODERIC SAGE,                    :
ROLF SCHNELLMANN,                :
DANIEL WÄLCHLI, and              :
ALLIED FINANCE TRUST AG,         :
                                 :
                  Defendants.    :
- - - - - - - - - - - - - - - - x
```

**NOTICE OF APPEARANCE**

Please take note that Christopher M. Magnani, Special Assistant U.S. Attorney and Trial Attorney, U.S. Department of Justice, Tax Division, hereby enters his appearance in the above-captioned case on behalf of the United States of America.

```
                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

              BY:   /s/ Christopher M. Magnani
                    Christopher M. Magnani
                    Trial Attorney
                    U.S. Department of Justice
                    Tax Division
                    150 M Street, N.E., Room 1.110
                    Washington, D.C. 20002
                    Maryland Bar
                    Tel.: (202) 307-6408
                    Christopher.Magnani@usdoj.gov
```